428 A.2d 236

Commonwealth v. Felton, Appellant.

Argued November 13, 1979. Stuart E.

Savage, for appellant; Robert L. Eberhardt, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.